IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCUS ONEIL LAQUIENT OWENS                                                       PLAINTIFF

v.                                        Case No. 6:22-cv-06108

LIEUTENANT R. STROTHER                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed February 23, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9. Plaintiff Marcus Oneil Laquient Owens has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of April, 2023.

                                                                       /s/ Susan O. Hickey
                                                                       Susan O. Hickey
                                                                       Chief United States District Judge